# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

---

## NO. 03-20-00363-CV

---

### J. B., Appellant

### v.

### Texas Department of Family and Protective Services, Appellee

---

#### FROM THE 419TH DISTRICT COURT OF TRAVIS COUNTY
#### NO. D-1-FM-18-004902, THE HONORABLE DUSTIN M. HOWELL, JUDGE PRESIDING

---

## M E M O R A N D U M   O P I N I O N

J.B. appeals from the trial court's final decree terminating her parental rights to her children B.M.A., J.J.A., Jr., and B.C.A.[1]  *See* Tex. Fam. Code § 161.001.  Following a bench trial, the trial court found by clear and convincing evidence that statutory grounds for terminating her parental rights existed and that termination was in the children's best interest.  *See id*. § 161.001(b)(1)(D), (E), (O), (2).

On appeal, appellant's court-appointed attorney has filed a brief concluding that the appeal is frivolous and without merit.  *See Anders v. California*, 386 U.S. 738, 744 (1967); *Taylor v. Texas Dep't of Protective & Regulatory Servs.*, 160 S.W.3d 641, 646–47 (Tex. App.—Austin 2005, pet. denied) (applying *Anders* procedure in appeal from termination of parental

---

[1] We refer to appellant and the children by their initials only.  *See* Tex. Fam. Code § 109.002(d); Tex. R. App. P. 9.8.  The parental rights of the children's father and the alleged father of J.J.A., Jr., and B.C.A. also were terminated in the trial court's final decree, and they are not parties on appeal.

rights). The briefs meet the requirements of *Anders* by presenting a professional evaluation of the record demonstrating why there are no arguable grounds to be advanced on appeal. *See* 386 U.S. at 744; *Taylor*, 160 S.W.3d at 646–47. Appellant's attorney has certified to this Court that he provided appellant with a copy of the *Anders* brief and informed her of her right to examine the appellate record and to file a pro se brief. To date, appellant has not filed a pro se brief.

Upon receiving an *Anders* brief, we must conduct a full examination of the proceedings to determine whether the appeal is wholly frivolous. *Penson v. Ohio*, 488 U.S. 75, 80 (1988). We have reviewed the entire record, including the *Anders* briefs submitted on appellant's behalf, and have found nothing that would arguably support an appeal. We agree that the appeal is frivolous and without merit. Accordingly, we affirm the trial court's final decree terminating appellant's parental rights.[2]

_____

Melissa Goodwin, Justice

Before Justices Goodwin, Triana, and Smith

Affirmed

Filed: September 25, 2020

---

[2] Appellant's counsel has filed a motion to withdraw as counsel. We deny the motion. Counsel's obligations to his client has not yet been discharged. *See In re P.M.*, 520 S.W.3d 24, 27 (Tex. 2016) (per curiam). If appellant, after consulting with counsel, desires to file a petition for review, counsel should timely file with the Texas Supreme Court "a petition for review that satisfies the standards for an *Anders* brief." *See id.* at 27–28.